IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Jermaine Henry, | ) | C/A No.: 1:14-4343-BHH-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Warden of McCormick Correctional Institution, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding pro se and in forma pauperis, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment on April 24, 2015. [ECF No. 23]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on April 27, 2015, advising him of the importance of the motion for summary judgment and of the need for him to file an adequate response by June 1, 2015. [ECF No. 25]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted. On June 2, 2015, the undersigned extended Petitioner's deadline, granting him until July 2, 2015, to respond to Respondent's motion. [ECF No. 28].

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether he wishes to continue with this case and to file a response to Respondent's motion for summary judgment by July

28, 2015. Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

July 14, 2015                                        Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge